UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COTTLE, | No. 2:07-cv-01305-LKK-KJM |
|     Plaintiff, | |
|   v. | **NON RELATED CASE ORDER** |
| CIGNA CORPORATION, et al., | |
|     Defendants. | |
| MICHAEL G. COTTLE, | No. 2:07-cv-01807-MCE-EFB |
|     Plaintiff, | |
|   v. | |
| AON SERVICE CORPORATION, | |
|     Defendant. | |

    The court has received the Notice of Related Cases concerning the above-captioned cases filed September 13, 2007. See Local Rule 83-123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

1

This Order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

Dated: September 18, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE