ADRIENNE C. PUBLICOVER  (SBN 161432)
DENNIS J. RHODES  (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendants
LIFE INSURANCE COMPANY
OF NORTH AMERICA and
AON CORPORATION LONG TERM
DISABILITY PLAN


JESSE S. KAPLAN, ESQ.  (SBN 103726)
Attorney at Law
5441 Fair Oaks Blvd., Suite C-1
Carmichael, CA  95608
Tel: (916) 488-3030 / Fax: (916) 489-9297

Attorney for Plaintiff
MICHAEL COTTLE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COTTLE, | Civil No.   CV07-01305 LKK (KJM) |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| CIGNA CORPORATION, LIFE INSURANCE COMPANY OF NORTH AMERICA, AON CORPORATION LONG TERM DISABILITY PLAN, | |
| Defendants. | Honorable Lawrence K. Karlton |

Plaintiff Michael Cottle ("plaintiff"), and defendants Life Insurance Company of North America (hereinafter "LINA") and Aon Corporation Long Term Disability Plan (collectively hereinafter "Defendants"), through their respective attorneys of record, Jesse S. Kaplan, Esq.,

---

1
**STIPULATION OF DISMISSAL WITH PREJUDICE**
USDC EDCA No.  CV07-01305 LKK (KJM)
315193.1

1  Attorney at Law, on behalf of plaintiff, and Dennis J. Rhodes, Esq., of Wilson, Elser, Moskowitz,
2  Edelman & Dicker LLP, on behalf of defendants, HEREBY STIPULATE that the above-captioned
3  matter and all claims for relief therein can be dismissed with prejudice as to all parties in its
4  entirety pursuant to the parties' agreement to resolve the disputed claim.  Each party to bear its
5  own fees and costs.

6        IT IS SO STIPULATED.

7  Dated: December 10, 2007

                                        /s/
9                                       JESSE S. KAPLAN
                                        Attorney for Plaintiff
10                                      MICHAEL COTTLE

11 Dated: December 10, 2007            WILSON, ELSER, MOSKOWITZ,
12                                      EDELMAN & DICKER LLP

13
                                        By:/s/
14                                      ADRIENNE C. PUBLICOVER
                                        DENNIS J. RHODES
15                                      Attorneys for Defendants
                                        LIFE INSURANCE COMPANY OF NORTH
16                                      AMERICA and AON CORPORATION LONG
                                        TERM DISABILITY PLAN
17

18                              **ORDER**
19
**IT IS SO ORDERED.**
20

21

22 Dated:  December 11, 2007.

23
                            LAWRENCE K. KARLTON
24                          SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
25

26

27
                                    2
28                 **STIPULATION OF DISMISSAL WITH PREJUDICE**
USDC EDCA No.  CV07-01305 LKK (KJM)
315193.1

**CERTIFICATE OF SERVICE**
*Michael Cottle v. CIGNA Corporation, et al.*
USDC EDCA Case #CV07-01305 LKK (KJM)

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s).

**STIPULATION OF DISMISSAL WITH PREJUDICE**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_☑_: **By First Class Mail --** I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_: **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_: **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_: **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Jesse S. Kaplan, Esq.
Attorney at Law
5441 Fair Oaks Blvd., Suite C-1
Carmichael, CA  95608
Tel:     (916) 488-3030
Fax:    (916) 489-9297
Email: jessekaplan@sbcglobal.net

*Attorney for Plaintiff MICHAEL COTTLE*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **December 11, 2007** at San Francisco, California.

Nancy Li